United States District Court
Southern District of Texas
**ENTERED**
February 24, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| **HECTOR OJEDA SOTOLONGO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:26-CV-28 |
| | § | |
| **KRISTI NOEM, ET AL.,** | § | |
| | § | |
| **Respondents.** | § | |

### ORDER

Before the Court is Petitioner's Original Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and Request for Declaratory and Injunctive Relief, (Dkt. No. 1), and Respondents' Motion for Summary Judgment, (Dkt. No. 13).

The Court **ORDERS** Respondents to file supplemental briefing that responds to Petitioner's procedural due process arguments under the Fifth Amendment Due Process Clause, (Dkt. No. 18), by **March 4, 2026.**

It is so **ORDERED**.

**SIGNED** on February 24, 2026.

John A. Kazen
United States District Judge