United States District Court
Southern District of Texas
**ENTERED**
April 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| HECTOR OJEDA-SOTOLONGO, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00028 |
| | § | |
| MARKWAYNE MULLIN, *et al.*,[1] | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Original Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and Request for Declaratory and Injunctive Relief, (Dkt. No. 1). It appears to the Court that Petitioner's case in immigration court may have been resolved, and he may no longer be detained.

The Court **ORDERS** Petitioner to file an advisory regarding the status of his detention and claims in this case **by May 1, 2026**.

It is so **ORDERED**.

**SIGNED** on April 28, 2026.

John A. Kazen
United States District Judge

---

[1] Markwayne Mullin is automatically substituted for Kristi Noem in this case under Federal Rule of Civil Procedure 25(d). The Clerk of Court is **DIRECTED** to substitute this party on the docket sheet.